UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CRAIG SMART, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-061 |
| PACCAR, INC., | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petitions of J. Banks Sewell, J. Bradley Powell, and J. Walter Gibson of the law firm of Lightfoot, Franklin & White, LLC, 400 20th Street North, Birmingham, Alabama 35203, for permission to appear pro hac vice on behalf of defendant PACCAR, INC., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter J. Banks Sewell, J. Bradley Powell, and J. Walter Gibson as counsel of record for defendant PACCAR, INC., in this case.

**SO ORDERED** this __30th__ day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA