IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CRAIG SMART, )
)
    Plaintiff, )
)
OLD REPUBLIC INSURANCE COMPANY, )
)
    Intervenor Plaintiff, )
v. ) CASE NO. CV414-061
)
PACCAR, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice of All Claims. (Doc. 48.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of June 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 23 2015
CLERK
SO. DIST. OF GA